# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

September 22, 2015

Lyle W. Cayce
Clerk

No. 15-10354
Summary Calendar

CRYSTAL MOLINA,

Plaintiff–Appellant,

versus

BROWN COUNTY; SHANE BRITTON,
Individually and in His Official Capacity as County Attorney;

SUZY YOUNG, Individually and in Her Official Capacity as Election
Administrator;

E. RAY WEST, Individually and in His Official Capacity as Brown County
Judge,

Defendants–Appellees.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:13-CV-48

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Crystal Molina, a former county employee, sued various county
employees in their official capacity under numerous theories, including, under

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 15-10354

42 U.S.C. § 1983, violation of her Fourth and Fifth Amendment rights, First Amendment retaliation, and vindictive and bad-faith prosecution, and under §§ 1985 and 1986, conspiracy to violate her rights. The district court granted defendants' motion for summary judgment in a succinct but sufficiently thorough opinion dated March 17, 2015.

The court carefully explained, *inter alia*, that Molina made no showing of a suspect county policy that resulted in the alleged violations and that any retaliation was not in response to any speech that involved a matter of public concern rather than in regard to her official duties as a public employee.

This case reflects a number of local squabbles but no indication of an infringement of federally protected rights. The summary judgment is AFFIRMED.